**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6672

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSE JAVIER REYES-MARQUEZ,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:08-cr-00155-CCE-1)

Submitted:  September 22, 2022                    Decided:  September 27, 2022

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jose Javier Reyes-Marquez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Javier Reyes-Marquez appeals the district court's orders denying his renewed motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and his subsequent motion for reconsideration.  We review a district court's denial of a compassionate release motion for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021).  We have reviewed the record and conclude that the court did not abuse its discretion and sufficiently explained the reasons for the denial.  *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion).  Accordingly, we affirm the district court's orders.  *United States v. Reyes-Marquez*, No. 1:08-cr-00155-CCE-1 (M.D.N.C. Apr. 27, 2022 & May 20, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*